No. 5,470.—ELIZABETH McLAUGHLIN SULLIVAN, RE-
LATRIX, *v.* GEORGE B. WINSTON, DISTRICT JUDGE, RE-
SPONDENT.

Original application for writ of mandate.

Decided January 30, 1924.

PER CURIAM.—The application of relatrix for a writ of
mandate herein is after due consideration denied.

*Messrs. McCaffery & Sullivan,* for Relatrix.

———————

No. 5,459.—D. HERSOVICH ET UX., APPELLANTS, *v.* FRANK
M. WALLACE, RESPONDENT.

*Attempted appeal from District Court, Cascade County.*

Decided February 2, 1924.

PER CURIAM.—Respondent's motion to dismiss the appeal
herein is granted.

*Mr. G. G. Harris,* for Respondent.